# United States Bankruptcy Court
## Southern District of Florida

In re  **MV Realty of Colorado, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MV Realty of Colorado, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MV Realty PBC, LLC**
**815 Broken Sound Parkway**
**Suite 140**
**Boca Raton, FL 33487**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 21, 2023** | **/s/ Michael D. Seese** |
| Date | **Michael D. Seese** |
| | Signature of Attorney or Litigant |
| | Counsel for  **MV Realty of Colorado, LLC** |
| | **Seese, P.A.** |
| | **101 N.E. 3rd Avenue** |
| | **Suite 1500** |
| | **Fort Lauderdale, FL 33301** |
| | **954-745-5897** |
| | **mseese@seeselaw.com** |